IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARTHOLOMEW, | No. CIV S-09-0882-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's second request for leave to proceed in forma pauperis (Doc. 12).  Plaintiff's complaint will be addressed separately.

Plaintiff previously submitted a declaration that made the showing required by 28 U.S.C. § 1915(a), and was granted leave to proceed in forma pauperis (Doc. 9).  The current motion (Doc. 12) is duplicative of his previous motion which was granted, and is therefore denied as moot.

IT IS SO ORDERED.

DATED: June 9, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1