IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARTHOLOMEW, | No. CIV S-09-0882-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request to voluntarily dismiss defendant Salee (Doc. 27). Good cause appearing therefor, this request is granted. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to terminate defendant Salee as a defendant to this action.

IT IS SO ORDERED.

DATED: September 14, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1