IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,                         No. CIV S-09-0882-JAM-CMK-P

        Plaintiff,

   vs.                                              <u>ORDER</u>

D.K. SISTO, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2010, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Webster and McCorkle were returned unexecuted because "per lit co - retired" and "per CSP Solano - retired."[1] Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably

---

[1] The court also notes service has not yet been completed on defendant Pavich. However, service has not been returned unexecuted, so it appears to the court that the U.S. Marshal is continuing to attempt service on defendant Pavich.

1  delayed, plaintiff may seek judicial intervention.  Once additional information sufficient to effect
2  service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the
3  forms necessary for service by the U.S. Marshal.  Plaintiff is cautioned that failure to effect
4  service may result in the dismissal of unserved defendants.  <u>See</u> Fed. R. Civ. P. 4(m).
5          Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek
6  additional information sufficient to effect service on any unserved defendants and notify the court
7  once such information is ascertained.

 DATED:  October 12, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE