IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN BARTHOLOMEW,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**D.K. SISTO, et al.,**<br><br>                                    Defendants. | Case No. 2:09-cv-0882 JAM CMK P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER TO FILE A DISPOSITIVE MOTION** |

   The Court, having considered Defendants Yang, Lowery, Oseguera, Jones, Newsom, Pavich, Reandelar, Muhammad, Bacud, Garcia, Easterling and Shchebenko's request for an extension of time to file a dispositive motion, and good cause having been found:

   **IT IS HEREBY ORDERED**: Defendants Yang, Lowery, Oseguera, Jones, Newsom, Pavich, Reandelar, Muhammad, Bacud, Garcia, Easterling and Shchebenko are granted an extension of time of sixty days, to and including June 24, 2011, to prepare and file their dispositive motions.

**Date:  4/29/2011**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

SA2010302184

1