1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KEVIN BARTHOLOMEW,**

Plaintiff,

v.

**D.K. SISTO, ET AL.,**

Defendants.

Case No. 2:09-cv-0882 JAM CMK P

**ORDER GRANTING DEFENDANTS'
MOTION TO MODIFY THE
SCHEDULING ORDER TO FILE A
DISPOSITIVE MOTION**

The Court, having considered Defendants Yang, Lowery, Oseguera, Jones, Newsom,
Pavich, Reandelar, Muhammad, Bacud, Garcia, Easterling and Shchebenko's request for an
extension of time to file a dispositive motion, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants Yang, Lowery, Oseguera, Jones, Newsom,
Pavich, Reandelar, Muhammad, Bacud, Garcia, Easterling and Shchebenko are granted an
extension of time of sixty days, to and including July 8, 2011, to complete and file their
responsive pleading.

**Date:  6/24/2011**

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE