IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BARTHOLOMEW, | No. CIV S-09-0882-JAM-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| D.K. SISTO, et al., | |
|     Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On March 2, 2012, the Magistrate Judge findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. 69) filed March 2, 2012, are adopted in full;

2. Defendants' motion for summary judgment (Doc. 54) is granted;

3. Plaintiff's motion for summary judgment (Doc. 66) is denied;

4. Judgment is to be entered in favor of defendants Jones, Muhammad, Garcia, Pavich, Realander, Oseguerra, Easterling, Yang, Shchebenko, Bucad, Lowery, and Newsom;

5. Defendant McCorkle is dismissed from this action; and

6. This case shall continue against defendant Webster only, for violation of plaintiff's Eighth Amendment rights by denying him hygiene during his Contraband Search Watch.

DATED: April 19, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE