# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN BARTHOLOMEW,                         No. CIV S-09-0882-JAM-CMK-P

    Plaintiff,

  vs.                                                      ORDER

D.K. SISTO, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On March 5, 2012, the Magistrate Judge findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. The time for objections was increased in response to plaintiff's request. Objections to the findings and recommendations have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (Doc. 71) filed March 5, 2012, are adopted in full; and

    2. Plaintiff's motion for a temporary restraining order (Doc. 67) is denied.

DATED:   July 26, 2012

            /s/ John A. Mendez
            UNITED STATES DISTRICT COURT JUDGE